This memorandum is uncorrected and subject to revision before
publication in the New York Reports.
--------------------------------------------------------------

No. 101   SSM 3
Nancy Cruz,
                Respondent,
          v.
Bronx Lebanon Hospital Center,
                Appellant.


                Submitted by Caryn L. Lilling, for appellant.
                Submitted by Blake G. Goldfarb, for respondent.


*   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *

On review of submissions pursuant to section 500.11 of the Rules,
order affirmed, with costs.  The Appellate Division correctly
determined that legally sufficient evidence supported the jury's
finding that defendant had constructive notice of the alleged
defect.  Chief Judge DiFiore and Judges Pigott, Rivera, Stein,
Fahey and Garcia concur.  Judge Abdus-Salaam took no part.


Decided March 24, 2016